■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON CULLEN, Appellant. [955 NYS2d 535]—

Spain, J.

We affirm. To the extent that defendant contends that his waiver of the right to appeal was invalid, we are unpersuaded. The plea allocution—which included an oral waiver—and the written waiver demonstrate that defendant knowingly, intelligently and voluntarily waived his right to appeal the conviction and sentence (*see People v Jerome*, 98 AD3d 1188, 1189 [2012]; *see also People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Ducheneaux*, 97 AD3d 852, 853 [2012]). Consequently, we are precluded from considering his claim that the sentence imposed is harsh and excessive (*see People v Hidalgo*, 91 NY2d 733, 736-737 [1998]; *People v Lopez*, 97 AD3d 853, 853-854 [2012], *lv denied* 19 NY3d 1027 [2012]; *see also People v Lopez*, 6 NY3d at 255-256).

Mercure, J.P., Malone Jr., Stein and McCarthy, JJ., concur. Ordered that the judgment is affirmed.